■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD DE BOTTIS, Appellant. — Judgment of the Supreme Court, Richmond County (Di Vernieri, J.), rendered April 9, 1979, affirmed (*People v Contes,* 60 NY2d 620, 621; *People v Colon,* 54 NY2d 913; *People v Thomas,* 50 NY2d 467; *People v*

*Lilley,* 96 AD2d 714, application for lv to app den 60 NY2d 617). Titone, J. P., Lazer, Mangano and Boyers, JJ., concur.